UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20676-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROCKEY HATFIELD,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees on Voucher No. 13C 0503674 issued by Magistrate Judge Alicia M. Otazo-Reyes, on November 2, 2018 [ECF No 212]. The Report and Recommendation recommends to this Court, that counsel David S. Markus, Esquire be paid a total sum of **$23,794.80**.

Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record to the report and recommendation of Magistrate Judge Otazo-Reyes. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 212] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of November, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
David S. Markus, Esq
CJA Administrator